IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:05-CR-00105-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ERICK A. WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's "Motion for Probation Violation to be Run Concurrent with State Sentence." The court has reviewed the matter and finds no merit to the motion.

Therefore, defendant's motion is DENIED.

This 11th day of April 2012.

MALCOLM J. HOWARD
Senior U.S. District Judge

At Greenville, N.C.
#26